IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                     No. CIV 2:12-cv-0281-GEB-JFM

      vs.

JASSAR S. HARPINDERJIT,

      Defendant.                <u>ORDER</u>

_____/

      Plaintiff has requested that this action be dismissed with prejudice.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: March 5, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;john0281.59